In the Matter of the Accounting of Catharina Kaupper, as Administratrix of the Estate of Lorenz Kaupper, Deceased.

Mary Klingenberg et al., Appellants; Annie Paulson, Individually and as Administratrix of the Estate of Catharina Kaupper, Deceased, Respondent.

*Matter of Kaupper*, 141 App. Div. 54, affirmed.
(Argued February 6, 1911 ; decided February 24, 1911.)

Appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 18, 1910, which affirmed a decree of the Kings County Surrogate's Court settling the accounts of the administratrix of Lorenz Kaupper, deceased.

*Charles Coleman Miller* for appellants.

*John J. Curtin* for respondent.

Order affirmed, with costs ; no opinion.
Concur : Cullen, Ch. J., Haight, Vann, Willard Bartlett, Hiscock, Chase and Collin, JJ.